703

Commonwealth *v.* Anderson, Appellant.

Argued December 7, 1972. *David E. Auerbach,* Assistant Public Defender, for appellant; *Philip J. O'Malley,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Barbosa, Appellant.

Submitted December 12, 1972. *Chester A. Reybitz,* Assistant Public Defender, for appellant; *Allan B. Goodman,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.